```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 13038
   JOHN R MEYER
   MARY M MEYER                                 CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER
           Debtor
   SSN XXX-XX-1413     SSN XXX-XX-2690


----------------------------------------------------------------------
           TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    The case was filed on 05/22/2008 and was not confirmed.

    The case was dismissed without confirmation 06/25/2008.
----------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                         PAID         PAID
----------------------------------------------------------------------
HOMEQ SERVICING CORP    CURRENT MORTG         .00          .00          .00
HOMEQ SERVICING CORP    MORTGAGE ARRE    35000.00          .00          .00
DISCOVER FINANCIAL SERVI UNSECURED        5257.92          .00          .00
PRO SE DEBTOR           DEBTOR ATTY           .00                       .00
TOM VAUGHN              TRUSTEE                                         .00
DEBTOR REFUND           REFUND                                          .00

       Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                 RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                                     .00
SECURED                                                      .00
UNSECURED                                                    .00
ADMINISTRATIVE                                               .00
TRUSTEE COMPENSATION                                         .00
DEBTOR REFUND                                                .00
                         ---------------     ---------------
TOTALS                          .00                          .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 09/24/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```